**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN JEREMIAS GARCIA GONZALEZ,<br>Petitioner,<br>v.<br>DEP'T OF HOMELAND SEC., et al.,<br>Respondents. | Case No. 5:26-cv-05021-SK<br>**JUDGMENT**<br>A-File No. 201-86-667 |

In accordance with the Order Dismissing Habeas Petition, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

This court retains jurisdiction to enforce or reopen judgment, and to entertain a successive habeas petition claiming that petitioner is detained within this district in violation of federal law under § 2241. *See* 28 U.S.C. § 1651; *see also Eldridge v. Howard*, 70 F.4th 543, 551 (9th Cir. 2023) (abuse of the writ doctrine precludes reconsideration of claims that were or could have been raised in prior habeas petition).

DATED: October 26, 2026

STEVE KIM
United States Magistrate Judge